SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (State Bar No. 116429)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2442/2464
    Facsimile: (213) 894-7819
    E-mail: indira.j.cameron-banks@usdoj.gov
          robert.lester@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN C. RONCA, an individual;<br>CYNTHIA RONCA, an individual;<br>and JOSEPH RONCA, an individual,<br><br>        Defendants. | Case No. 2:17-cv-8044<br><br>[CR 17-0324-SJO]<br><br>COMPLAINT FOR AVOIDANCE OF THE FRAUDULENT TRANSFER OF FUNDS<br><br>[Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et seq*.] |

Upon information and belief, Plaintiff United States of America alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action initiated by the United States of America pursuant to the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. § 3001, *et seq.*, with respect to the transfer of proceeds by defendant STEPHEN C. RONCA from an October 26, 2017 sale of real property that was fraudulent as to a potential restitution debt under the Mandatory Victims Restitution Act ("MVRA"), 18 U.S.C. § 3663A arising in the related criminal action, *United States of America v. Stephen Christopher Ronca*, CR-17-324-SJO.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and § 1345.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) as the property at issue is in, and the events giving rise to this claim occurred in, the Central District of California.

## PARTIES

4. Plaintiff is the UNITED STATES OF AMERICA.

5. Defendant STEPHEN C. RONCA is a resident of California and the brother of Defendants CYNTHIA RONCA and JOSEPH RONCA.

6. Defendant CYNTHIA RONCA is a resident of California and the sister of Defendants STEPHEN C. RONCA and JOSEPH RONCA.

7. Defendant JOSEPH RONCA is a resident of California and the brother of Defendants STEPHEN C. RONCA and CYNTHIA RONCA.

## RELATED CRIMINAL ACTION

### United States v. Stephen C. Ronca, Case No. CR-17-324-SJO

8. On May 30, 2017, an Indictment was filed against defendant STEPHEN C. RONCA in the related criminal case, *United States of America v. Stephen Christopher Ronca*, CR-17-324-SJO ("Related Criminal Case").

9. In the Related Criminal Case, defendant STEPHEN C. RONCA, a licensed attorney, is charged with embezzling money from his client. If convicted, defendant STEPHEN C. RONCA will likely owe restitution in excess of $500,000 to an elderly victim, pursuant to the Mandatory Victims Restitution Act ("MVRA"), 18 U.S.C. § 3663A.

## PROPERTY

### Al-Hil Property

10. The real property referenced herein is commonly described as 625 Al-Hil Drive, San Luis Obispo, CA 93405 ("Al-Hil Property").

11. Through two separate transfers in February 2008 of undivided one-half interests in the Al-Hil Property via grant deeds, defendant STEPHEN C. RONCA became the sole owner of the Al-Hil Property, holding title as "Stephen C. Ronca, a single man." Attached hereto as **Exhibit A** is a copy of the February 1, 2008 Grant Deed, recorded on February 22, 2008, transferring an undivided one-half interest in the Al-Hil property to defendant STEPHEN C. RONCA, as a single man. Attached hereto as **Exhibit B** is a copy of the February 22, 2008 Grant Deed, recorded on February 11, 2015, transferring the remaining undivided one-half interest in the Al-Hil property to defendant STEPHEN C. RONCA, as a single man.

12. On October 26, 2017, defendant STEPHEN C. RONCA, as a single man, sold the Al-Hil Property to the co-trustees of the Shotts Living Trust dated August 22, 2000 for valuable consideration ("October 26, 2017 Sale"). Attached hereto as **Exhibit C** is a copy of the October 26, 2017 Grant Deed, recorded the same day, transferring defendant STEPHEN C. RONCA'S entire interest in the Al-Hil property to the co-trustees of the Shotts Living Trust.

### Al-Hil Proceeds

13. The October 26, 2017 Sale occurred for the purchase price of $1,152,641. As a result of the transaction, defendant STEPHEN C. RONCA was

owed the total net proceeds, $394,560.97 ("Al-Hil Proceeds").  Attached hereto as **Exhibit D** is a true and accurate copy of the American Land Title Association (ALTA) Settlement Statement reflecting the Al-Hil Proceeds.

14. On October 26, 2017, the Al-Hil Proceeds were not paid directly to defendant STEPHEN C. RONCA, but to defendant CYNTHIA RONCA, who had no legal or equitable rights whatsoever to the Al-Hil Property or the Al-Hil Proceeds.  Attached hereto as **Exhibit E** is an electronic deposit transaction statement reflecting the October 26, 2017 wire transfer of the Al-Hil Proceeds to the JP Morgan Chase account held by defendant CYNTHIA RONCA.

15. On October 27, 2017 defendant CYNTHIA RONCA withdrew the proceeds with three separate cashier's checks in the following amounts: $100,000, $111,500, and $150,700.

16. That same day, October 27, 2017 defendant CYNTHIA RONCA deposited the $100,000 check into her account at SESLOC Federal Credit Union, and deposited the $111,500 into her account at US Bank.  Defendant CYNTHIA RONCA immediately withdrew the $100,000 from the SESLOC Federal Credit Union account.  Attached hereto as **Exhibit F** is an electronic activity report from the SESLOC Federal Credit Union for October 27, 2017 reflecting the deposit and immediate withdrawal of $100,000.  Also attached hereto as **Exhibit G** is a deposit ticket for a US Bank account reflecting the October 27, 2017 deposit of $111,500.

17. That same day, October 27, 2017, defendant CYNTHIA RONCA delivered the cashier's check for $150,700 to defendant JOSEPH RONCA, who had no legal or equitable rights whatsoever to the Al-Hil Property or the Al-Hil Proceeds.

18. The escrow company handling the October 27, 2017 Sale did not pay the Al-Hil Proceeds directly to defendant STEPHEN C. RONCA, even though he was the only person with any legal or equitable rights to the Al-Hil Property and/or the Al-Hil Proceeds, because defendants STEPHEN C. RONCA, CYNTHIA

RONCA, and JOSEPH RONCA wanted to prevent the Al-Hil Proceeds from being made available to satisfy any potential restitution obligation incurred by defendant STEPHEN C. RONCA in the Related Criminal Action pursuant to the MVRA.

## FIRST CLAIM FOR RELIEF
### 28 U.S.C. § 3304(b)(1)(A)
### (**Avoidance of Fraudulent Transfer – Al-Hil Proceeds**)

19. The allegations of paragraphs 1 through 18 are incorporated herein.

20. The October 26, 2017, October 27, 2017, and any subsequent transfers of the Al-Hil Proceeds to any entity and/or individual other than defendant STEPHEN C. RONCA constitute fraudulent transfers of property as to defendant STEPHEN C. RONCA's potential restitution debt under the MVRA.

21. The October 26, 2017, October 27, 2017, and any subsequent transfers of the Al-Hil Proceeds to defendant CYNTHIA RONCA and/or JOSEPH RONCA and/or any other entity or individual other than defendant STEPHEN C. RONCA occurred with the actual intent to hinder, delay, or defraud the United States.

## SECOND CLAIM FOR RELIEF
### 28 U.S.C. § 3304(b)(1)(B)
### (**Avoidance of Fraudulent Transfer – Al-Hil Proceeds**)

22. The allegations of paragraphs 1 through 21 are incorporated herein.

23. The October 26, 2017 and October 27, 2017 transfers of the Al-Hil Proceeds to defendant CYNTHIA RONCA and/or JOSEPH RONCA occurred without receipt by defendant STEPHEN C. RONCA of reasonably equivalent value in exchange therefore at a time when defendant STEPHEN C. RONCA believed, or reasonably should have believed, that he would incur debts beyond his ability to pay as they became due.

**PRAYER FOR RELIEF**

WHEREFORE, the UNITED STATES requests relief as follows as to all Claims for Relief:

1. That the Court enter an order avoiding the transfers of the Al-Hil Proceeds occurring on October 26, 2017, October 27, 2017 and/or any subsequent transfers to any entity or person other than defendant STEPHEN C. RONCA and/or the Clerk of the Court pending trial and possible sentencing in the Related Criminal Action.

2. That the Court enter an order directing defendants CYNTHIA RONCA, JOSEPH RONCA and STEPHEN C. RONCA to deposit any and all of the Al-Hil Proceeds in their possession, custody and/or control with the Clerk of the Court, to be maintained in an interest-bearing account pending trial and possible sentencing in the Related Criminal Action.

3. That the Court enter an order enjoining any further transfer of the Al-Hil Proceeds other than to the Clerk of the Court to be maintained in an interest-bearing account pending trial and possible sentencing in the Related Criminal Action.

///
///
///

3. That this Court award the United States of America costs related to this suit.

4. For other and further relief as the Court deems just and proper.

Dated: November 3, 2017        Respectfully submitted,

                                SANDRA R. BROWN
                                Acting United States Attorney
                                DOROTHY A. SCHOUTEN
                                Assistant United States Attorney
                                Chief, Civil Division
                                ROBERT I. LESTER
                                Assistant United States Attorney

                                */s/ Indira Cameron-Banks*
                                INDIRA CAMERON-BANKS
                                Assistant United States Attorney
                                Chief, Financial Litigation Section

                                Attorneys for UNITED STATES OF AMERICA